O

FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BROWN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> C/O ALEXANDER, et al., <br><br> Defendants. | Case No. CV 13-6143-BRO (RNB) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the defendants' Motion to Dismiss is denied; and (2) defendants shall file an Answer to the First Amended Complaint within twenty-one (21) days.

DATED: 8.7.14

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE