IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH BROWN, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**ALEXANDER C/O, et al.,**<br><br>Defendants. | Case No. CV-13-6143 BRO (RNB)<br><br>**ORDER** |

 In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, associated with this action.

1

1     There is no prevailing party in this action.

2     The mediator shall retain jurisdiction for purposes of enforcement of the terms
3 of the settlement agreement between the parties.

4     **IT IS SO ORDERED.**

6 Dated: May 13, 2015      _____
7                            HONORABLE BEVERLY REID O'CONNELL
                             UNITED STATES DISTRICT COURT JUDGE